### John Knott v. The State.

No. 8075. Decided February 20, 1924.

Rehearing denied October 24, 1924.

**Theft of Automobile.**

The evidence supports the verdict. The legal questions are identical with those discussed in Knott v. State, (No. 8074, opinion this date) and settled adversely to appellant's contention.

Appeal from Criminal District Court of Tarrant County. Tried below before Hon. Geo. E. Hosey, Judge.

Appeal from a conviction of theft of an automobile; punishment, two years in the State penitentiary.

*H. S. Lattimore,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for the theft of an automobile from G. L. Powell; punishment, two years in the penitentiary.

The evidence supports the verdict. The legal questions are identical with those discussed in Knott v. State (No. 8074, opinion this date), and settled adversely to appellant's contention.

The judgment is affirmed.

*Affirmed.*